

FILED
JUL 02 2015

SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Court of Appeals
Seventh District of Texas
P.O. Box 9540
Amarillo, Tx 79105-9540

6/26/15

RE: Case Number: 07-15-00235-CV

Style: In re Joe Adam Ramirez and Frederick Q. Herrod, Relator

Dear Clerk,

enclosed find the Affidavit of Indigency, Affidavit of previous filings and a copy of the Inmate Trust Fund Sheet.

Please be advised that Appellants have already sent these forms once to your agency.

We would also like to put the court on notice that we are receiving our mail 7 to 10 days late. The recent letter we received from you was dated and post dated, June 18, 2015. We did not receive this notice from your agency until June 25th of this month.

This is not the only instant in which our mail has been late. Please give notice to the court of this issue.

Respectfully,

Joe Adam Ramirez #636417
Daniel Unit
938 S.FM 1673
Snyder, Tx 79549

Case Number: 07-15-00235-CV

FILED
JUL 02 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Joe Adam Ramirez #636417

    Appellant,

§

vs.

Rissie Owens, and Texas Board

of Pardons and Paroles,

    Appellees,

§

§

§

Court of Appeals

Seventh District of Texas

Amarillo, Texas

## AFFIDAVIT RELATING TO PREVIOUS FILINGS

TO THE HONORABLE APPELLANT JUDGE OF SAID COURT:

Now comes Joe Adam Ramirez, and acting in pro se files this Affidavit relating to previous filings and will show the following:

### (I).

Appellant has filed one previous suit in the 12th Judicial district in Madison County Tx, while he was incarcerated at the Jim Ferguson Unit in Midway Tx.

This Suit was filed agenst Cory Stapels, Danny coleman, Mike Lightsey, Michael Tindall and Priscilla Daly and TDCJ-ID for a personal Injury claim when Ramirez sliped and fell injuring his back.

this suit was brought in pursuant to Rule of Civil Proce. art. 101.021, and 101,022.

The case Number was 03-10168-012-10. This case was dismissed with prejudice, and at no time was it found to be frivolous or malicious.

Date: 6-26-15

Respectfully,

Joe Adam Ramirez #636417
Daniel Unit
938 S.FM 1673
Snyder Tx 79549

1 of 1


**AFFIDAVID OF INDIGENCY PURSUANT TO**
**TEXAS RULES OF APPELLANT PROCEDURE RULE 20.1(b)**

The following Declaration is made pursuant to the Texas Rules of Appellant

Procedure Rule 20.1(b).

Now comes Joe Adam Ramirez #636417, and declares that I am unable to pay

the court cost in this Civil Appeal and request leave of the court to proceed

in forma pauperis in this accompaning Civil action would show the court the

following:

(1). I am presently incarcerated in the Daniel Unit of TDCJ-ID where I

am not permitted to earn or handel money,

(2). I have no source of income or spousal income,

(3). I currently have $0.00 credited to me in the inmate trust fund,

(4). during my incarceration in TDCJ-ID I have received approximately $0.00

per month as gifts from friends and relatives,

(5). I neither own nor have any intrest in any realty, stocks, bonds, or

bank accounts and I receive no intrest in any dividend income from any source,

(6). I have 0 dependents,

(7). I have a total depts of approximately $400.00

(8). I owe $8.000.00 as restitution,

(9). I do not have anyone who will loan me the money to pay the court Cost,

(10). There is no attorney providing free services or without a contigent

fee,

(11). there is no attornet who has agreed to pay or advance the court cost,

(12). Appellant Ramirez lacks the skill and access to equipment necessary

to prepare the appendix, as required by Rule 38.5(d).

I Joe Adam Ramirez #636417, being presently incarcerated in the Daniel

unit of TDCJ-ID in Scurry County Texas Verify and declare under penalty of

perjury that the foregoing statement is true and correct.

Date: 6·26·15

Respectfully,

Joe Adam Ramirez #636417
Daniel Unit
938 S.FM 1673
Snyder, Tx 79549

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE      06/26/15
1BS8/FJ00021            IN-FORMA-PAUPERIS DATA                08:28:40
TDCJ#: 00636417 SID#: 04517454 LOCATION: DANIEL       INDIGENT DTE: 01/22/13
NAME: RAMIREZ,JOE ADAM                  BEGINNING PERIOD:
PREVIOUS TDCJ NUMBERS: 00607026
CURRENT BAL:        0.00 TOT HOLD AMT:       0.00 3MTH TOT DEP:
6MTH DEP:                  6MTH AVG BAL:           6MTH AVG DEP:
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
```

```
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
                                --------------------
                                NO BANKING ACTIVITY
                                WITHIN THE PAST 6
                                MONTH PERIOD.
                                --------------------
```

STATE OF TEXAS COUNTY OF _Scurry_
ON THIS THE _26_ DAY OF _June_, _15_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____  OR SID NUMBER: _____



JOHN M. FLOYD
Notary Public, State of Texas
My Commission Expires
OCTOBER 10, 2015
Notary without Bond



FILED
JUL 0  2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

José Adám Ramirez #636417
Daniel Unit
138 S. FM 1673
Snyder Tx 79549

ABILENE TX 795
29 JUN 2015

Court of Appeals
Seventh District of Texas
P.O. Box 9540
Amarillo, Tx 79105 - 9540

79105&9540

Legal